| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Spaulding, Karla R. | 2. Court or Organization<br><br>U.S. District Court, Middle District of Florida | 3. Date of Report<br><br>03/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full-Time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>1/1/2018<br>to<br>2/28/2019 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>401 W. Central Boulevard<br>Suite 5-500<br>Orlando, FL 32801 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 03/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Spaulding, Karla R.** | 03/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Spaulding, Karla R. | 03/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Accounts | A | Interest | L | T | | | | | |
| 2. Pentagon Federal Credit Union (Bank Account) | A | Interest | L | T | | | | | |
| 3. USAA Tax-Exempt Money Market USEXX | A | Dividend | J | T | | | | | |
| 4. USAA Money Market -- USAXX | A | Interest | K | T | | | | | |
| 5. USAA Federal Savings Bank--Bank Account | A | Interest | L | T | | | | | |
| 6. UMAFX USAA Managed Allocation | A | Interest | K | T | Sold (part) | 11/28/18 | J | | |
| 7. TX8TB4 Washington Cnty Tx Jr. College Dist Rev Comb Fee Bond | A | Interest | | | Redeemed | 10/01/18 | K | | |
| 8. TX31LP0 Pearland Tx Wtrwks & Swr Sys Rev Ref Bond | A | Interest | K | T | | | | | |
| 9. WA1UY6 Pierce Cnty WA Sch Dist #403 Bethel Ref Bond | A | Interest | K | T | | | | | |
| 10. AX5MMB Mesa Ariz Util Sys Rev Bond | B | Interest | K | T | | | | | |
| 11. USSTX USAA Tax Exempt Short Term | A | Dividend | | | Sold (part) | 07/18/18 | K | | |
| 12. | | | | | Sold | 08/06/18 | J | | |
| 13. UIEMX USAA Emerging Markets Fund Institutional Shares | A | Dividend | J | T | | | | | |
| 14. UIINX USAA Income Fund Institutional Shares | D | Dividend | M | T | Sold (part) | 11/29/18 | J | A | |
| 15. UISBX USAA Short-Term Bond Fund Institutional Shares | B | Dividend | L | T | Sold (part) | 11/29/18 | J | | |
| 16. UIHIX USAA High Income Fund Institutional Shares | B | Dividend | K | T | | | | | |
| 17. ABEYX American Beacon Int'l Equity-Y | D | Dividend | L | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 03/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HLMIX Harding Loevner Intl Equity Portfolio Fund Class Inst | A | Dividend | L | T | | | | | |
| 19. LISIX Lazard Intl Strategic Equity Portfolio Fund Class Inst | | None | | | Sold (part) | 06/19/18 | K | C | |
| 20. | | | | | Sold | 06/21/18 | K | C | |
| 21. SEMNX Hartford Schroders Emergining Market Equity CL I | A | Dividend | J | T | | | | | |
| 22. AustinTx Cmnty Clg Dist Pub Fac Corp 5% 2/1/25 Multi Oblgs | B | Interest | | | Redeemed | 08/01/18 | K | | |
| 23. Omaha NE Public Pwr Dist Ref Ser A 5% 2/1/25 Multi Oblgs | B | Interest | K | T | | | | | |
| 24. Pennsylvania St 1st Ser 5% 6/1/24 | B | Interest | K | T | | | | | |
| 25. Washington St. Fuel Tax Go Ref Bds Ser | B | Interest | K | T | | | | | |
| 26. Connecticut St. Go Bds Ser 2014A | A | Interest | K | T | | | | | |
| 27. EMBIX Lazard Emerging Mrkts Eq Blend Instl | A | Dividend | J | T | | | | | |
| 28. BCOIX Baird Core Plus Bond Institutional | C | Dividend | M | T | Buy (add'l) | 07/10/18 | J | | |
| 29. TGEIX TXW Emerging Mkts Income CL 1 | A | Dividend | K | T | | | | | |
| 30. IIBWX Voya Intermediate Bond Class W | B | Dividend | | | Sold | 05/22/18 | L | | |
| 31. Conroe Tex INdpt Sch Dist Ultd Tax Ref Bond | B | Interest | K | T | | | | | |
| 32. King Cnty Wash Sch Dist No 409 Tacoma | B | Int./Div. | K | T | | | | | |
| 33. AQR Small Cap Multi Style Fd CL R6 | C | Dividend | K | T | | | | | |
| 34. Mass. St. Go Ref. Bds. Ser. 2016B | B | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 03/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AHLIX Am Beacon AHL Mngd Futrs Strt Inst | A | Dividend | K | T | | | | | |
| 36. AQR Style Premia Alternative FD CL R6 | A | Dividend | K | T | | | | | |
| 37. VEVIX Victory Sycamore Estab. Value I | C | Dividend | K | T | | | | | |
| 38. VGIAX Vanguard Growth & Income Admiral | E | Dividend | N | T | Sold (part) | 07/10/18 | J | A | |
| 39. | | | | | Sold (part) | 11/29/18 | J | A | |
| 40. Mobile, Ala Wtr & Swr Commrs WT R & Swr Rev Bond | B | Interest | K | T | | | | | |
| 41. Bartlett Tenn Go Ref & Impt Bond | A | Interest | K | T | | | | | |
| 42. Richmond VA Pub Util Rev Rev & Ref Bond | B | Interest | K | T | | | | | |
| 43. IEMG iShares Core MSCI Emerging Mkts ETF | | None | | | Sold (part) | 07/03/18 | J | | |
| 44. | | | | | Sold | 08/31/18 | J | | |
| 45. iShares Trust Core MSCIEAFE ETF | A | Dividend | | | Sold (part) | 04/06/18 | J | A | |
| 46. | | | | | Sold (part) | 06/07/18 | J | A | |
| 47. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 48. | | | | | Sold | 01/11/19 | J | | |
| 49. Oregon St. Go Bds Article XI-P SCH | A | Interest | K | T | Buy | 08/07/18 | K | | |
| 50. Columbus Ohio Go Bds Ser 2018A | | None | K | T | Buy | 10/17/18 | K | | |
| 51. Metropolitan St Louis Mo Swr Dist | A | Interest | K | T | Buy | 07/19/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 03/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Intnat Sm Cap Insights Rg | | None | L | T | Buy | 06/19/18 | K | | |
| 53. | | | | | Buy (add'l) | 06/21/18 | K | | |
| 54. iShares Core S&P Small-Cap E | | None | | | Buy | 06/07/18 | J | | |
| 55. | | | | | Sold | 02/11/19 | J | | |
| 56. iShare Core S&P 500 ETF | A | Dividend | J | T | Buy | 07/03/18 | J | | |
| 57. SPDR Portfolio Short Term Corp Bond | A | Interest | J | T | Buy | 04/06/18 | J | | |
| 58. Voya Intermed Bond Class I | A | Interest | L | T | Buy | 05/22/18 | L | | |
| 59. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 60. iShares TR Barclays 710 Yr | | None | J | T | Buy | 02/11/19 | J | | |
| 61. iShares TR IBOXX H. Yd. ETF | | None | J | T | Buy | 01/11/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 03/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karla R. Spaulding**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544